IN THE UNITED STATES COURT DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**UNITED STATES OF AMERICA**

**v.**

**CRIMINAL NO. 2:21-mj-00069**
**Honorable Joseph R. Goodwin**

**LARRY ALLEN CLAY, JR.**

## MOTION FOR LEAVE TO FILE UNDER SEALED CRIMINAL DOCKET

The Defendant, Larry Allen Clay, Jr., by and through his undersigned counsel, respectfully moves this Honorable Court for entry of an order granting leave to file under the criminal docket number in the above-captioned matter.

Undersigned counsel represents Larry Allen Clay, Jr. in Civil Action No. 2:21-cv-00491, pending before Hon. Chief Judge Johnston based upon the same allegations as the criminal matter. As counsel has an interest in both the criminal and civil cases and in adequately defending Mr. Clay, undersigned counsel seeks the leave of this Court to file under the criminal docket in this matter.

As the criminal docket is subject to a protective order and civil counsel is not party to that matter, undersigned counsel specifically requests leave to file a motion seeking this Honorable Court's permission to observe Mr. Clay's criminal trial. Given that the underlying allegations in the criminal and civil matters are essentially the same, undersigned counsel has a direct interest in the testimony and results of the criminal trial.

Therefore, the undersigned counsel respectfully requests that this Honorable Court enter an Order granting leave to file under the criminal docket number in this matter in order to seek this Court's permission to observe Defendant Clay's criminal trial.

Dated this 24th day of June, 2022,

*/s/ Lora M. Walker*
Cy A. Hill, Jr., Esquire (WVSB #8816)
Lora G. Walker, Esquire (WVSB #13701)
Cipriani & Werner, P.C.
Laidley Tower, Suite 900
500 Lee Street East
Charleston, WV 25301

IN THE UNITED STATES COURT DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 2:21-mj-00069

LARRY ALLEN CLAY, JR.

### CERTIFICATE OF SERVICE

I hereby certify that on the June 24, 2022, I electronically filed the foregoing document with the Clerk of the Court, which will send electronic notification of such filing to the following CM/ECF participant:

*/s/ Lora Walker*

Cy A. Hill, Jr. (WV Bar No. 8816)
Lora G. Walker (WV Bar No.13701)
Cipriani & Werner, P.C.
500 Lee St. E., Suite 900
Charleston, WV 25301
(304) 341-0500
chill@c-wlaw.com
lwalker@c-wlaw.com
*Counsel for Defendant*
*Larry A. Clay,*